522 A.2d 1103

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Respondent,

v.

Harold L. MITCHELL, individually and Mark G. Shultz, individually and Edward A. Cummins, individually and Harold L. Mitchell, Mark G. Shultz, Edward A. Cummins t/a Cummins Construction Company and/or Appalachian Pipeline, Inc.

Petition of Mark G. SHULTZ.

Supreme Court of Pennsylvania.

March 23, 1987.

## ORDER

PER CURIAM.

AND NOW, this 23 day of MARCH, 1987, it is hereby Ordered that the Petition for Allowance of Appeal in this matter be treated as a Notice of Appeal and docketed at No. 23 W.D. Appeal Docket, 1987.

The Motion to Quash is denied.